UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 98.244.98.251,

    Defendant.

CASE NO. 1:14-cv-01546-LO-MSN

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF THE INITIAL PRETRIAL CONFERENCE

THIS CAUSE came before the Court upon Plaintiff's Motion for Continuance of the initial pretrial conference set for August 12, 2015 (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. The initial pretrial conference scheduled for August 12, 2015 is re-set for the 26 day of August, 2015 at 10:30 AM/PM.

SO ORDERED this 30 day of July, 2015.

By: /s/
Michael S. Nachmanoff
United States Magistrate Judge