**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

    v.

JOHN DOE subscriber assigned IP address 98.244.98.251,

        Defendant.
_____/

Case No. 1:14-cv-01546-LO-MSN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant John Doe ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant John Doe respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant John Doe's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith, Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

        Respectfully submitted,

*/s/ William E. Tabot*
William E. Tabot
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

*/s/ Robert F. Powers*
Robert F. Powers
McClanahan Powers PLLC
8133 Leesburg Pike
Suite 130
Vienna, VA 22182
Phone: 703-546-8594
rpowers@mcplegal.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *William E. Tabot*
William E. Tabot